IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY BROWN, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:21-cv-00076-CB |
| v. | |
| US FOODS, | |
| Defendant. | |

### NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, by and through his undersigned counsel, hereby gives notice that the complaint and this action against the defendant are dismissed with prejudice.

Respectfully submitted,

*/s/ Michael J. Bruzzese*
Michael J. Bruzzese
Pa. I.D. No. 63306
2315 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 281-8676
Counsel for the plaintiff

Dated: April 7, 2021

### ORDER

AND NOW, this _____ day of _____ 2021, the foregoing Notice is approved as an Order of the Court.

BY THE COURT:

_____
Cathy Bissoon
United States District Judge